CRAIG C. SHEFFER, ESQ. / SBN: 131243
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

JS-6

Attorneys for Plaintiffs

Admitted Pro Hac Vice:

JAMES CRAIG ORR, JR., ESQ.
Texas Bar No. 24037285
**HEYGOOD, ORR & PEARSON**
2331 W. Northwest Hwy., 2nd Floor
Dallas, Texas 75220
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY BRAYTON, JENEA BRAYTON, and JOLINE BRAYTON,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN TECHNOLOGIES, INC., and DOES 1-100,<br><br>Defendants, | CASE NO. EDCV10-1198VAP(VBKx)<br><br>[~~PROPOSED~~] **ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL**<br><br>Action filed:   August 11, 2010<br>Trial Date:     None |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY ORDERED that the above entitled action is Dismissed, with prejudice, each side to bear its own costs.

Dated: May __1__, 2012

_Virginia A. Phillips_
UNITED STATES DISTRICT JUDGE

---

-3-
**RULE 41 STIPULATION AND ORDER FOR DISMISSAL**